FARZAD RASTEGAR (SBN 155555)
farzad@rastegarlawgroup.com
ROSE SORIAL (SBN 271382)
rose@rastegarlawgroup.com
RASTEGAR LAW GROUP, APC
22760 Hawthorne Blvd., Suite 200
Torrance, CA 90505
Telephone: (310) 961-9600
Fascimile: (310) 961-9094

Attorneys for Plaintiff
GUILLERMO HERNANDEZ SAAVEDRA

GRACE Y. HOROUPIAN, SBN 180337
Email: ghoroupian@fisherphillips.com
SELWYN CHU, SBN 285568
Email: schu@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
EVERGREEN ALLIANCE GOLF LIMITED, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO HERNANDEZ SAAVEDRA, individually, and on behalf of all other similarly situated current and former employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN ALLIANCE GOLF LIMITED, L.P., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:21-cv-01394<br><br>*Removed from Orange County Superior Court, Case No. 30-2021-01200991-CU-OE-CXC*<br><br>[Assigned the Hon. David O. Carter]<br><br>**NOTICE OF SETTLEMENT**<br><br>Courtroom: 9D<br><br>Complaint Filed: May 18, 2021<br>Action Removed: August 24, 2021 |

NOTICE OF SETTLEMENT

TO THIS COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD, please take notice that the matter has settled in its entirety on a class-wide basis. The Parties are currently preparing a Memorandum of Understanding and thereafter will prepare and execute a long-form settlement agreement. Plaintiff requests that all matters currently on calendar be vacated.

DATED: August 19, 2022          Respectfully submitted,

**RASTEGAR LAW GROUP, A.P.C.**

By: _____
Farzad Rastegar
Rose Sorial
Attorneys for Plaintiff Guillermo Hernandez Saavedra, individually, and on behalf of all others similarly situated

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to this action. My business address is 22760 Hawthorne Boulevard, Suite 200, Torrance, California 90505.

On August 23, 2022, I served the following document or documents:

### NOTICE OF SETTLEMENT

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed below (specify one):

  ☐ Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  ☐ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practices for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where mailing occurred. The envelope or package was placed in the mail at Torrance, California.

☒ **By e-mail.** I caused the documents to be sent to the person at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

### Service List

| GRACE Y. HOROUPIAN<br>Email: ghoroupian@fisherphillips.com<br>SELWYN CHU<br>Email: schu@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>2050 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152 | Attorneys for Defendant EVERGREEN ALLIANCE GOLF LIMITED, L.P. |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 23, 2022 at Torrance, California.

_____
Andrews Rodriguez

6
PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES PROPOUNDED UPON DEFENDANT