FARZAD RASTEGAR (SBN 155555)
farzad@rastegarlawgroup.com
ROSE SORIAL (SBN 271382)
rose@rastegarlawgroup.com
RASTEGAR LAW GROUP, APC
22760 Hawthorne Blvd., Suite 200
Torrance, CA 90505
Telephone: (310) 961-9600
Fascimile: (310) 961-9094

Attorneys for Plaintiff
GUILLERMO HERNANDEZ SAAVEDRA

GRACE Y. HOROUPIAN, SBN 180337
Email: ghoroupian@fisherphillips.com
SELWYN CHU, SBN 285568
Email: schu@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
EVERGREEN ALLIANCE GOLF LIMITED, L.P.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO HERNANDEZ SAAVEDRA, individually, and on behalf of all other similarly situated current and former employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN ALLIANCE GOLF LIMITED, L.P., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  8:21-cv-01394<br><br>*Removed from Orange County Superior Court, Case No. 30-2021-01200991-CU-OE-CXC*<br><br>[Assigned the Hon. David O. Carter]<br><br>**JOINT STIPULATION TO REMAND**<br><br>Courtroom:   9D<br><br>Complaint Filed:  May 18, 2021<br>Action Removed: August 24, 2021 |

19614058v.1
FP 45109433.1

1        Plaintiff Guillermo Hernandez Saavedra ("Plaintiff") and Defendant Evergreen

2 Alliance Golf Limited L.P., LLC. ("Defendant"), collectively referred to as ("the Parties),

3 by and through their counsel of record, hereby submit the following Stipulation to

4 remand this matter to the Superior Court for the State of California, County of Orange.

5        WHEREAS, Plaintiff filed a complaint against Defendant on May 18, 2021;

6        WHEREAS, the action was removed to this Court on August 24, 2021;

7        WHEREAS, the Parties attended a mediation on May 12, 2022 and have reached a

8 settlement; and

9        WHEREAS, the Parties agree to remand this action to the Superior Court for the

10 State of California, County of Orange.

11        THEREFORE, IT IS STIPULATED AND AGREED that this action shall be

12 remanded to the Superior Court for the State of California, County of Orange, with the

13 parties to bear their own attorney's fees and costs.

14 Dated:  August 29, 2022           Respectfully submitted,

15                                     RASTEGAR LAW GROUP, APC

16

17                                 By: _____

18                                     Farzad Rastegar
                                      Rose Sorial

19                                     Attorneys for Plaintiff
                                    GUILLERMO HERNANDEZ

20                                     SAAVEDRA

21 Dated: August 31, 2022           Respectfully submitted,
                                    FISHER & PHILLIPS LLP

22

23                                 By: _____

24                                     Grace Y. Horoupian
                                    Selwyn Chu

25                                     Attorneys for Defendant
                                    EVERGREEN ALLIANCE GOLF

26                                     LIMITED, L.P.

27

28

JOINT STIPULATION TO REMAND

19614058v.1
FP 45109433.1

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years, and not a party to this action.  My business address is 22760 Hawthorne Boulevard, Suite 200, Torrance, California 90505.

On September 1, 2022, I served the following document or documents:

### **JOINT STIPULATION TO REMAND**

☐      **By United States mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed below (specify one):

☐      Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐      Placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the business's practices for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where mailing occurred.  The envelope or package was placed in the mail at Torrance, California.

☒      **By e-mail.**  I caused the documents to be sent to the person at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

### **Service List**

| | |
|---|---|
| GRACE Y. HOROUPIAN<br>Email: ghoroupian@fisherphillips.com<br>SELWYN CHU<br>Email: schu@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>2050 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152 | Attorneys for Defendant EVERGREEN ALLIANCE GOLF LIMITED, L.P. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 1, 2022 at Torrance, California.

_____
Andrews Rodriguez

PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES PROPOUNDED UPON DEFENDANT