JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 21-01394-DOC-JDEx                           Date:  September 2, 2022

Title: GUILLERMO HERNANDEZ SAAVEDRA V. EVERGREEN ALLIANCE GOLF LIMITED, L.P.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [19]**

Before the Court is the parties' Joint Stipulation to Remand Case to State Court (Dkt. 19). Given the parties' consent to the case's remand, the Court hereby **GRANTS** the stipulation and **REMANDS** the case back to the Orange County Superior Court.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                    Initials of Deputy Clerk: kdu

CIVIL-GEN